NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

FEB 24 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PIERO A. BUGONI, | No. 21-15360 |
| Plaintiff-Appellant, | D.C. No. 4:20-cv-02883-HSG |
| v. | |
| GOOGLE, INC.; MICROSOFT CORPORATION; YAHOO! INC., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Haywood S. Gilliam, Jr., District Judge, Presiding

Submitted February 15, 2022**

Before:     FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

Piero A. Bugoni appeals pro se from the district court's judgment dismissing

his action alleging violations of the Fair Credit Reporting Act and defamation

against search engine operators.  We have jurisdiction under 28 U.S.C. § 1291.

We review de novo a dismissal under 28 U.S.C. § 1915(e)(2).  *Watison v. Carter*,

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

668 F.3d 1108, 1112 (9th Cir. 2012).  We affirm.

The district court properly dismissed Bugoni's action because defendants have immunity for publishing third party content under the Communications Decency Act.  *See* 47 U.S.C. § 230(c); *Zango, Inc. v. Kaspersky Lab, Inc.*, 568 F.3d 1169, 1174 (9th Cir. 2009) (affirming dismissal of action for injunctive relief where the defendant "is a provider of an 'interactive computer service' as defined in the Communications Decency Act of 1996").

**AFFIRMED.**